**In The United States Bankruptcy Court
For TheSouthern District of Texas
Houston Division**

In Re: Hamis Don King
    8710 Camden Row Court
    Houston, Tx  77095
      Debtor(s)

Chapter 13 Case No: 11-38399-H5-13
ENTERED
07/17/2012

## ORDER CONFIRMING CHAPTER 13 PLAN

At Houston, Texas, on this date, the Court considered the issue of confirmation of the chapter 13 plan filed by the debtors on Monday, June 25, 2012, at Docket #56, in the above captioned cause. The Trustee and the Debtor have represented that proper notice of the plan, and the deadline for filing objections to the plan have been given, and that no objections to the confirmation of the plan considered have been filed. Accordingly, the Court does hereby APPROVE and CONFIRM the chapter 13 plan filed 6/25/2012, at docket # 56. The Trustee is hereby authorized to disburse funds in accordance with the provisions of the plan.

DATED:     JUL 1 7 2012

_____
UNITED STATES BANKRUPTCY JUDGE